# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**ANTHONY DEWAYNE JOHNSON**                                                   **PLAINTIFF**

v.                   **No. 1:24CV6-GHD-JMV**

**HOLIDAY INN EXPRESS**                             **DEFENDANT**

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On November 14, 2023, the court entered an order requiring the plaintiff to keep the court informed of his current address. Doc. 10. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, on January 30, 2024, the court received returned mail sent to the address he provided. Doc. 18. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 31st day of May, 2024.

_____
SENIOR JUDGE